## Commonwealth *v.* Cotton, Appellant.

Submitted June 9, 1970.

*W. Bourne Ruthrauff*, and *Tate & Ervin*, for appellant; *Mark Sendrow*, Assistant District Attorney, *James D. Crawford*, Deputy District Attorney, *Richard A. Sprague*, First Assistant District Attorney, and *Arlen Specter*, District Attorney, for Commonwealth, appellee.

Order affirmed.

## Commonwealth *v.* Miller, Appellant.

Submitted June 12, 1970. *John P. Yatsko*, and *Fitzgerald & Yatsko*, for appellant; *Stewart J. Greenleaf* and *Paul W. Tressler*, Assistant District Attorneys, *Parker H. Wilson*, First Assistant District Attorney, and *Milton O. Moss*, District Attorney, for Commonwealth, appellee.

Order affirmed.